# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA DHANOTA, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUCOR BUILDINGS GROUP WEST LLC, a Delaware limited liability company, AMERICAN BUILDINGS COMPANY, a Delaware stock corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:   2:24-CV-00436<br><br>Removed from Stanislaus County Superior Court Case No. CV-24-000143<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT AMERICAN BUILDINGS COMPANY TO RESPOND TO THE COMPLAINT**<br><br>*[Concurrently filed with the Joint Stipulation]*<br><br>Action Filed:   January 5, 2024<br>Removal Date:   February 7, 2024 |

The court has received and reviewed the Joint Stipulation to Extend the Time for defendant American Buildings Company to Respond to the Complaint. Finding good cause, the court hereby orders that the deadline for defendant American Buildings Company to respond to the complaint is extended to March 13, 2024.

DATED:  February 20, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE