**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RITA DHANOTA, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUCOR BUILDINGS GROUP WEST LLC, a Delaware limited liability company, AMERICAN BUILDINGS COMPANY, a Delaware stock corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:   2:24-CV-00436-KJM-CKD<br><br>Removed from Stanislaus County Superior Court Case No. CV-24-000143<br><br>**ORDER GRANTING THE SECOND JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT AMERICAN BUILDINGS COMPANY TO RESPOND TO THE COMPLAINT**<br><br>*[Concurrently filed with the Joint Stipulation]*<br><br>Action Filed:   January 5, 2024<br>Removal Date:  February 7, 2024 |

1

1 | The Court has received and reviewed the Second Joint Stipulation to Extend the Time for Defendant American Buildings Company to Respond to the Complaint. The Court having determined good cause appearing, therefore, orders that the deadline for Defendant American Buildings Company ("ABC") to respond to the Complaint is extended to April 12, 2024.

DATED: March 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE