1  **D.LAW, INC.**
   Emil Davtyan (SBN 299363)
2  Emil@d.law
   David Yeremian (SBN 226337)
3  d.yeremian@d.law
   Alvin B. Lindsay (SBN 220236)
4  a.lindsay@d.law
   Melissa Rodriguez (SBN 352716)
5  m.rodriguez@d.law
   880 E Broadway
6  Glendale, CA 91205
   Telephone: (818) 962-6465
7  Fax: (818) 962-6469

8  Attorneys for Plaintiff RITA DHANOTA, on behalf
   of herself and others similarly situated
9

10 Attorneys for Defendant on the following page

11                **UNITED STATES DISTRICT COURT**

12               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| RITA DHANOTA, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUCOR BUILDINGS GROUP WEST LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00436-KJM-CKD<br><br>Removed from Stanislaus County Superior Court Case No. CV-24-000143<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br><u>Assigned for All Purposes To:</u><br>Hon. Kimberly J. Mueller<br>Courtroom.: 3<br><br>Action Filed:     January 5, 2024<br>Removal Date:  February 7, 2024 |

1  Andrew J. Weissler (Bar No. 343145)
   AJ.Weissler@huschblackwell.com
2  HUSCH BLACKWELL LLP
   8001 Forsyth Boulevard, Suite 1500
3  St. Louis, MO 63105
   Tel: (314) 480-1500/Fax: (314) 480-1505
4
   Allison M. Scott (Bar No. 305989)
5  allison.scott@huschblackwell.com
   HUSCH BLACKWELL LLP
6  355 South Grand, Suite 2850
   Los Angeles, CA 90071
7  Tel: (213) 337-6550/Fax: (213) 337-6551

8  Sarah George (Bar No. 328592)
   sarah.george@huschblackwell.com
9  HUSCH BLACKWELL LLP
   4801 Main Street, Ste 1000
10 Kansas City, MO 64112
   Tel: (434) 728-4649/Fax: (816) 983-8080
11
12 Attorneys for Defendants Nucor Buildings Group West LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     Plaintiff RITA DHANOTA ("Plaintiff") and Defendant NUCOR BUILDINGS GROUP WEST LLC ("Defendant"), (collectively referred to herein as the "Parties"), by and through their respective counsel of record, stipulate to continue the currently scheduled Status (Pretrial Scheduling) Conference (referred to herein as "Status Conference") in this matter as follows:

     WHEREAS, Plaintiff filed a Class Action Complaint on January 5, 2024, with the Stanislaus County Superior Court against Defendants Nucor Building Group West LLC and American Buildings Company (collectively "Defendants"), alleging (1) Failure to Pay Minimum Wages; (2) Failure to Pay Wages and Overtime Under Labor Code § 510; (3) Meal Period Liability Labor Code § 226.7; (4) Rest-Break Liability Labor Code § 226.7; (5) Failure to Provide One Day's Rest from Seven Under Labor Code §§ 551 and 552; (6) Violation of Labor Code § 226; (7) Violation of Labor Code § 221; (8) Violation of Labor Code § 204; (9) Violation of Labor Code § 203; (10) Failure to Reimburse Necessary Business Expenses Under Labor Code § 2802; and (11) Violation of Business & Professions § 17200 *et seq*;

     WHEREAS, Defendants removed this action on January 5, 2024, to the Eastern District Court of California, and the action was assigned to the Honorable Kimberly J. Mueller;

     WHEREAS, Defendant Nucor Building Group West LLC filed its Answer to Plaintiff's Class Action Complaint on February 7, 2024, denying all allegations and asserting affirmative defenses;

     WHEREAS, the Parties met and conferred and agreed to file a joint stipulation to dismiss Defendant American Building Company as a named defendant without prejudice;

     WHEREAS, the Court issued an order, dismissing Defendant American Buildings Company without prejudice on April 16, 2024;

     WHEREAS, a Status Conference was scheduled for June 27, 2024 at 2:30 p.m. before Judge Kimberly J. Mueller in Courtroom 3;

WHEREAS, the Parties have since met and conferred and agreed to mediate Plaintiff's class claims before mediator Lisa Klerman on August 28, 2024;///

///

1  As set forth above, good cause exists for a continuance of the Status Conference set for June 27, 2024, because the requested continuance (1) is short in duration (three to four months depending on the Court's availability), (2) will conserve the Court's time and resources as the Court will not need to issue a scheduling order if the Parties settle at mediation, and (3) will allow the Parties to use the additional time to fully and fairly conduct mediation;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the Parties to the above-entitled action, by and through their respective attorneys of record, the following:

1. The Status Conference set for June 27, 2024 at 2:30 p.m. is continued to a date after August 30, 2024 that is convenient for the Court.
2. The Parties will update the Court as to the outcome of mediation on or before September 11, 2024.

**IT IS SO STIPULATED.**

DATED:  June 5, 2024                                D.LAW

By __/s/ Melissa Rodriguez_____
David Yeremian
Alvin B. Lindsay
Melissa Rodriguez
Attorneys for Plaintiff RITA DHANOTA
and all others similarly situated

DATED:  June 6, 2024                                HUSCH BLACKWELL LLP

By __/s/ Allison M. Scott_____
Andrew J. Weissler, Esq.
Allison M. Scott, Esq.
Sarah George, Esq.
Attorneys for Defendant Nucor Building Group West, LLC

**ORDER**

The Court, having considered the parties' joint stipulation and finding good cause, orders as follows::

1. The Initial Scheduling Conference set for June 27, 2024, is hereby **vacated** and **continued** to October 10, 2024, at 2:30 PM before Chief Judge Kimberly J. Mueller, with the filing of a Joint Status Report due fourteen (14) days prior.  The October hearing will proceed by video conferencing through the *Zoom* application.  The Courtroom Deputy will provide counsel with the hearing access information no less than 24 hours before the hearing.

2. The parties shall update the court as to the outcome of mediation on or before September 11, 2024.

**IT IS SO ORDERED.**

DATED:  June 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE