**D.LAW, INC.**
Emil Davtyan (SBN 299363)
Emil@d.law
David Yeremian (SBN 226337)
d.yeremian@d.law
Alvin B. Lindsay (SBN 220236)
a.lindsay@d.law
Melissa Rodriguez (SBN 352716)
m.rodriguez@d.law
880 E Broadway
Glendale, CA 91205
Telephone: (818) 962-6465
Fax: (818) 962-6469

Attorneys for Plaintiff RITA DHANOTA,
on behalf of herself and others similarly situated

*Additional counsel listed on next page:*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA DHANOTA, an individual, on behalf of herself and others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>NUCOR BUILDINGS GROUP WEST LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 2:24-cv-00436-KJM-CKD<br><br>Removed from Stanislaus County Superior Court Case No. CV-24-000143<br><br><u>Assigned for All Purposes To:</u><br>Hon. Kimberly J. Mueller<br>Courtroom.: 3<br><br>**ORDER**<br><br>Date: October 10, 2024<br>Time: 2:30 P.M.<br><br>Action Filed:     January 5, 2024<br>Removal Date:  February 7, 2024<br>Trial Date:        None Set |

1  **HUSCH BLACKWELL LLP**
2  Andrew J. Weissler (Bar No. 343145)
   AJ.Weissler@huschblackwell.com
3  8001 Forsyth Boulevard, Suite 1500
4  St. Louis, MO 63105
   Tel: (314) 480-1500
5  Fax: (314) 480-1505

6
   **HUSCH BLACKWELL LLP**
7  Allison M. Scott (Bar No. 305989)
8  allison.scott@huschblackwell.com
   355 South Grand, Suite 2850
9  Los Angeles, CA 90071
10 Tel: (213) 337-6550
   Fax: (213) 337-6551
11
12 **HUSCH BLACKWELL LLP**
   Sarah George (Bar No. 328592)
13 sarah.george@huschblackwell.com
14 4801 Main Street, Ste 1000
   Kansas City, MO 64112
15 Tel: (434) 728-4649
16 Fax: (816) 983-8080

17 Attorneys for Defendants Nucor Buildings Group West

18
19
20
21
22
23
24
25
26
27
28

# ORDER

Pursuant to the parties' joint stipulation and finding good cause, the Initial Scheduling Conference set for October 10, 2024, is **vacated** and **continued to December 19, 2024, at 2:30 p.m**. before Chief Judge Kimberly J. Mueller, with the filing of dispositional documents confirming settlement of this matter or if no such documents are finalized the filing of a Joint Status Report fourteen (14) days prior to the Scheduling Conference.

**IT IS SO ORDERED.**

Date:  September 19, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE