**D.LAW, INC.**
Emil Davtyan (SBN 299363)
Emil@d.law
David Yeremian (SBN 226337)
d.yeremian@d.law
Alvin B. Lindsay (SBN 220236)
a.lindsay@d.law
Melissa Rodriguez (SBN 352716)
m.rodriguez@d.law
450 N Brand Blvd., Ste 840
Glendale, CA 91203
Telephone: (818) 962-6465
Fax: (818) 962-6469

Attorneys for Plaintiff RITA DHANOTA, on behalf of herself and others similarly situated

Attorneys for Defendant on the following page

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA DHANOTA, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUCOR BUILDINGS GROUP WEST LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00436-TLN-CKD<br><br>Removed from Stanislaus County Superior Court Case No. CV-24-000143<br><br>Assigned for All Purposes To:<br>Hon. Troy L. Nunley<br>Courtroom.: 2<br><br>**ORDER GRANTING REMAND ACTION TO STANISLAUS COUNTY SUPERIOR COURT**<br><br>Action Filed:      January 5, 2024<br>Removal Date:   February 7, 2024 |

**HUSCH BLACKWELL LLP**
Andrew J. Weissler (Bar No. 343145)
AJ.Weissler@huschblackwell.com
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Tel: (314) 480-1500
Fax: (314) 480-1505

**HUSCH BLACKWELL LLP**
Allison M. Scott (Bar No. 305989)
allison.scott@huschblackwell.com
355 South Grand, Suite 2850
Los Angeles, CA 90071
Tel: (213) 337-6550
Fax: (213) 337-6551

**HUSCH BLACKWELL LLP**
Sarah George (Bar No. 328592)
sarah.george@huschblackwell.com
4801 Main Street, Ste 1000
Kansas City, MO 64112
Tel: (434) 728-4649
Fax: (816) 983-8080

Attorneys for Defendants Nucor Buildings Group West LLC

**ORDER**

The Court, having read RITA DHANOTA's ("Plaintiff") and Defendant NUCOR BUILDINGS GROUP WEST LLC's ("Defendant"), (collectively referred to herein as the "Parties") Joint Stipulation of the Parties to Remand Action to Stanislaus Superior Court and issues the following Order:

1. The Parties' Stipulation is approved, and
2. The Eastern District of California Case No.: 2:24-cv-00436-TLN-CKD is hereby remanded to Stanislaus Superior Court.

**GRANTED AND SO ORDERED.**

DATED:  November 21, 2024                    _____
                                             Troy L. Nunley
                                             Chief United States District Judge